**Opinion issued June 19, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00547-CV

————————————

**HARLEY CHANNELVIEW PROPERTIES, LLC, Appellant**

**V.**

**HARLEY MARINE GULF, LLC, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-67063**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal in all things. *See*

TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.